No. 1172. GUISEPPE BOZZO FU LORENZO *v.* UNITED STATES ET AL.;

No. 1173. ROSASCO *v.* UNITED STATES ET AL.;

No. 1174.   MARIANO MARESCA & Co. *v.* UNITED STATES ET AL.; and

No. 1175.   "ITALIA"-SOCIETA ANONIMA DI NAVIGAZIONE *v.* UNITED STATES ET AL.   June 10, 1946.   Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Homer L. Loomis* for petitioners.   *Solicitor General McGrath, Assistant Attorney General Sonnett, Joseph B. Goldman, David Schwartz* and *Raoul Berger* for the United States and the Alien Property Custodian.